| PROB 35 (3/07) | **Report and Order Terminating Supervised Release Prior to Original Expiration Date** |

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

      v.                           CRIMINAL CASE NO.    95-00182-001

TONY HO KIM

      On April 13, 2004, the above named was placed on supervised release of five years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that supervised releasee be discharged from supervision.

                                                  Respectfully submitted,

                                                  FRANK MICHAEL CRUZ
                                                  Chief U.S. Probation Officer



                                                  /s/ CARMEN D. O'MALLAN
                                                  U.S. Probation Officer Specialist

Reviewed by:



/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   AUSA
       Defense Counsel
       File

#### ORDER OF COURT

      Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 95-00182-001 |
| Plaintiff, | ) | |
| vs. | ) | **SPECIAL REPORT** |
| TONY HO KIM, | ) | |
| Defendant. | ) | |

**Re: Request for Early Termination from Supervised Release**

Tony Ho Kim was sentenced on October 11, 1996, by the Honorable John S. Unpingco, in the District of Guam for three counts of Conspiracy to Import Crystal Methamphetamine, in violation of 21 U.S.C. §§ 952(a), 960, and 963. He was sentenced to a term of 108 months imprisonment and five years supervised release. In addition to the standard and mandatory conditions of supervised release, Mr. Kim was ordered to participate in a program approved by the U.S. Probation Office for substance abuse which may include but not be limited to random urinalysis; seek and maintain gainful employment; pay a fine in the amount of $15,000; and a special assessment fee of $50.

On April 13, 2004, Mr. Kim was released from federal custody and commenced serving his term of supervised release. On April 30, 2004, Mr. Kim's conditions of supervised release were modified, with his consent, to include that he refrain from any and all use of alcohol which is in keeping with the substance abuse testing and treatment program. Mr. Kim's term of supervision is scheduled to expire on April 12, 2009.

Mr. Kim satisfied his special assessment fee on April 14, 1998 and paid his $15,000 fine on October 31, 2005. He completed the one year drug testing and treatment program without incident on April 16, 2005, and submitted to DNA collection on April 5, 2005 as instructed. Mr. Kim has shown stable community reintegration in that he is gainfully employed, lives in a stable residence, and has had no recent record of arrests or convictions. He has consistently maintained sobriety for alcohol and drug abuse, and there are no identifiable risks to the safety of any individual or to the public. Mr. Kim has been in full compliance with all of the conditions of his supervised release.

SPECIAL REPORT
Request for Early Termination from Supervised Release
Re:   KIM, Tony Ho
USDC Cr. Cs. No. 95-00182-001
May 10, 2007
Page - 2 -


      In light of the above information, this Officer respectfully requests early termination by the court, pursuant to 18 U.S.C. §3583(e)(1), as such action is warranted by Mr. Kim's full compliance with his conditions of release, and is in the interest of justice. This request for early termination comes as a joint recommendation from Assistant U.S. Attorney Jeffrey Strand.


      RESPECTFULLY submitted this 10th day of May 2007.


                                        FRANK MICHAEL CRUZ
                                        Chief U.S. Probation Officer



                By:                /s/ CARMEN D. O'MALLAN
                                        U.S. Probation Officer Specialist


Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
  Supervision Unit Leader


cc:    AUSA
       Defense Counsel
       File