| PROB 35 (3/07) | **Report and Order Terminating Supervised Release Prior to Original Expiration Date** |
|---|---|

# United States District Court

FOR THE

*District of Guam*

UNITED STATES OF AMERICA

        v.                        CRIMINAL CASE NO.    95-00182-001

TONY HO KIM

      On April 13, 2004, the above named was placed on supervised release of five years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that supervised releasee be discharged from supervision.

                                                                Respectfully submitted,

                                                                FRANK MICHAEL CRUZ
                                                                 Chief U.S. Probation Officer



                                                         /s/ CARMEN D. O'MALLAN
                                                         U.S. Probation Officer Specialist

Reviewed by:



     /s/ ROSSANNA VILLAGOMEZ-AGUON
     U.S. Probation Officer
     Supervision Unit Leader

cc:   AUSA
       Defense Counsel
       File

#### ORDER OF COURT

      Pursuant to the above report, it is ordered that the supervised releasee be discharged and that the proceedings in the case be terminated.



                                                     **/s/ Frances M. Tydingco-Gatewood**
                                                         **Chief Judge**
                                                     **Dated: May 18, 2007**